Eastern District of Kentucky
**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

APR 27 2023
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                INDICTMENT NO. 6:23-CR-019-REW

MUFID ELFGEEH

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about January 15, 2019, in McCreary County, in the Eastern District of Kentucky, within the boundaries of United States Penitentiary McCreary, an area within the special maritime and territorial jurisdiction of the United States,

**MUFID ELFGEEH**

did attempt to murder A.J.W., all in violation of 18 U.S.C. § 1113.

A TRUE BILL

_____
FOREPERSON

_/s/ Carlton S. Shier, IV_
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.