Eastern District of Kentucky
FILED

APR 27 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 6:23-cr-019-REW

**MUFID ELFGEEH**

* * * * *

**THE GRAND JURY CHARGES:**

On or about January 15, 2019, in McCreary County, in the Eastern District of Kentucky, within the boundaries of United States Penitentiary McCreary, an area within the special maritime and territorial jurisdiction of the United States,

**MUFID ELFGEEH**

did attempt to murder A.J.W., all in violation of 18 U.S.C. § 1113.