UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

APR 29 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,               )
                             )        No. 6:23-CR-19-REW
v.                           )
                             )        VERDICT FORM
MUFID ELFGEEH,               )
                             )
    Defendant.               )

\*\*\* \*\*\* \*\*\* \*\*\*

We, the Jury, as to the charge set forth in the Indictment, unanimously find Defendant

Mufid Elfgeeh:

NOT GUILTY    _____          GUILTY    ✓ _____

*Once you have reached a verdict, the foreperson should complete, sign, and date this Verdict Form, and alert the CSO that the jury has reached a verdict.*

4-29-26
DATE

#340

FOREPERSON PRINTED NAME and JUROR NUMBER